### 46470. NEAL v. INSURANCE COMPANY OF NORTH AMERICA et al.

BELL, Chief Judge. The State Board of Workmen's Compensation, when reviewing a deputy director's findings of fact and his award, where no additional evidence is received, may adopt the deputy director's findings of fact and his award. *Pacific Employers Ins. Co. v. West,* 213 Ga. 296, 298 (99 SE2d 89); *Ideal Mut. Ins. Co. v. Ray,* 92 Ga. App. 273 (88 SE2d 428); *Rittenhouse v. U. S. Fidel. &c. Co.,* 96 Ga. App. 407, 410 (100 SE2d 145).

*Judgment affirmed. Pannell and Deen, JJ., concur.*

SUBMITTED SEPTEMBER 8, 1971—DECIDED NOVEMBER 17, 1971— REHEARING DENIED DECEMBER 8, 1971.

*Wade H. Leonard,* for appellant.

*McCamy, Minor, Phillips & Tuggle, J. T. Fordham,* for appellees.